rari denied. JUSTICE WHITE would grant certiorari.

No. 90–5753. MARTINEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–5941. MATTSON v. CALIFORNIA. Sup. Ct. Cal.; and

No. 90–6041. LOTT v. OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: No. 90–5941, 50 Cal. 3d 826, 789 P. 2d 983; No. 90–6041, 51 Ohio St. 3d 160, 555 N. E. 2d 293.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 89–7683. YOUNG v. FLORIDA ET AL., *ante*, p. 919;

No. 90–346. TOLEDO POLICE PATROLMAN'S ASSN., LOCAL 10, I. U. P. A., ET AL. v. CITY OF TOLEDO ET AL., *ante*, p. 920;

No. 90–365. IN RE JAFFER, *ante*, p. 937;

No. 90–399. WRENN v. UNITED STATES ET AL., *ante*, p. 921;

No. 90–458. CAMOSCIO v. THE PATRIOT LEDGER ET AL., *ante*, p. 942;

No. 90–5073. BETTISTEA v. MICHIGAN, *ante*, p. 942;

No. 90–5101. PORTER v. PENNSYLVANIA, *ante*, p. 925;

No. 90–5266. SISCO v. COUNTY OF LOS ANGELES ET AL., *ante*, p. 922;

No. 90–5454. DRAPER v. OHIO, *ante*, p. 916;

No. 90–5606. SCHLICHER v. DAVIES, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 945;

No. 90–5632. MCCOLPIN v. STEPHAN, *ante*, p. 946; and

No. 90–5816. IN RE KIRSCHENHUNTER, *ante*, p. 937. Petitions for rehearing denied.

No. 89–1964. MELIKIAN ET AL. v. CORRADETTI ET AL., *ante*, p. 821;

No. 89–7060. DOBRANSKI v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, 495 U. S. 938;

No. 89–7652. HOLLINGSWORTH v. SUPREME COURT OF NEVADA, *ante*, p. 834;